# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2008

134748 & (61)

ISRAEL D. RAYBON,
   Plaintiff-Appellee,

v

D.P. FOX FOOTBALL HOLDINGS, L.L.C.,
GRAND RAPIDS RAMPAGE, and TRAVELERS
INDEMNITY COMPANY,
   Defendants-Appellants.

SC: 134748
COA: 268634
WCAC: 04-000420

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. A decision by the Court of Appeals under MCR 7.215(D) not to publish its opinion is not reviewable by application for leave to appeal to this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2008

_____
Clerk

t0312